# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:04CV59-02-MU

| | |
|---|---|
| IRVIN DEMARCUS BURTS,<br>　　Plaintiff,<br><br>　　　　v.<br><br>OFFICER J. SLAGLE,<br>　et al.,<br>　　Defendants. | ORDER |

**THIS MATTER** comes before the Court on plaintiff's civil rights Complaint under 42 U.S.C. §1983, filed April 2, 2004; and on the defendants' "Motion For Summary Judgment," filed "April 27, 2005. After having carefully reviewed those pleadings, it appears to the Court that the defendants may be entitled to a summary judgment as a matter of law.

**PLAINTIFF BURTS, PLEASE READ THIS:**

The plaintiff is advised that under the provisions of Rule 56(e) of the Federal Rules of Civil Procedure, he is required to submit documents, affidavits, or unsworn declarations made under penalty of perjury, in opposition to the Motion for Summary Judgment and supporting documents filed by the defendants. Rule 56(e) reads in pertinent part as follows:

> When a motion for summary judgment is made and supported [by affidavits], an adverse party may not rest upon the mere allegations

> or denials of his pleadings, but his
> response, by affidavits or as otherwise
> provided by this rule, must set forth
> specific facts showing that there is genuine
> issue for trial. If he does not respond,
> summary judgment, if appropriate, shall be
> entered against him.

This rule requires that if the plaintiff has any evidence to offer to counter the evidence contained in the Motion for Summary Judgment and supporting documents filed by the defendants, he must present it to the Court in the form of documents, affidavits, or unsworn declarations under penalty of perjury. An affidavit is a written statement made under oath; that is, a statement prepared in writing by the plaintiff and sworn before a Notary Public. If the plaintiff chooses, he may instead submit an unsworn declaration and state the following with the date and his signature:

> "I declare under penalty of perjury that the
> foregoing is true and correct."

The plaintiff is further hereby advised that he has thirty (30) days from the filing of this Order in which to file such documents, affidavits, or unsworn declarations in opposition to the defendants' Motion for Summary Judgment. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO SUMMARY JUDGMENT.**

**THEREFORE, IT IS HEREBY ORDERED** that the plaintiff has thirty (30) days from the filing of this Order in which to provide his own documents, affidavits, or declarations countering

the evidence offered by the defendants' Motion for Summary Judgment.

**SO ORDERED**, this 24th day of April, 2005.

*Graham C. Mullen*
**GRAHAM C. MULLEN**
**Chief U.S. District Judge**