# United States District Court
# For The Western District of North Carolina
# Asheville Division

IRVIN DEMARCUS BURTS,

    Plaintiff(s),

vs.

JOSHUA SLAGLE, Former
Buncombe County Detention
Facility employee; et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04cv59-MU-02

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2007 Order.

March 21, 2007

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk